IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ISAAC WILSON,

    **Petitioner,**

v.                                              Case No. 4:21-cv-17-AW-HTC

RICKY DIXON,

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Isaac Wilson filed a counseled § 2254 petition challenging his state-court conviction. He raised a single claim of ineffective assistance of counsel. The magistrate judge issued a report and recommendation concluding the court should deny the petition. ECF No. 16. Having reviewed the report and recommendation and the other filings, and having considered de novo the issues raised in Wilson's objections (ECF No. 19), I conclude the report and recommendation is correct.

I now adopt the report and recommendation and incorporate it into this order. The objections are overruled. The clerk will enter judgment that says, "The § 2254 petition is denied." A certificate of appealability is denied.

The clerk will close the file.

SO ORDERED on May 30, 2023.

                                                        s/ *Allen Winsor*
                                                        United States District Judge